IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-72 |
| vs. | |
| KEATON KALEIALOHA KAAIHUE, | ORDER |
| Defendant. | |

    This matter is before the Court on the United States' motion to dismiss the indictment without prejudice. Filing 20. Pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss is granted.

    Dated this 18th day of July, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge